

**Akin Gump**
STRAUSS HAUER & FELD LLP

**PARVIN DAPHNE MOYNE**
+1 212.872.1076/fax: +1 212.872.1002
pmoyne@akingump.com

October 7, 2019

VIA ELECTRONIC COURT FILING

Clerk of the Court
United States District Court
Northern District of Illinois
219 S. Dearborn Street, 20th Floor
Chicago, IL 60604

    Re: USA v. Smith 1:19-cr-00669

To Whom it May Concern:

    Please accept this letter as a request for a filing fee refund for $150.00. On October 3, 2019 upon filing my Motion for Admission Pro Hac Vice I encountered a hiccup in the system that caused the fee to duplicate being paid through the efiling system. The receipt number is 0752-16303950. Please feel free to contact, Kelly Owen-Diaz at 212-872-8051 with any questions. Thank you for your attention to this matter.

                            Sincerely,

                            Parvin Daphne Moyne