**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| USA, | ) | |
| | ) | No.   19 CR 669 - 3 |
| v. | ) | |
| | ) | Judge Edmond E. Chang |
| | ) | |
| Christopher Jordan, | ) | |

ORDER

Defendant Jordan is on pretrial release and his appearance was waived. Defendant's attorney reported that, pursuant to conditions of release, Defendant is currently residing in an in-patient rehabilitation facility. Defendant will be at the facility at least through 11/15/2019, but counsel is in contact with him. The Court directs counsel to examine the possibility of a Rule 10(b) waiver from Defendant.

ENTERED:

s\ Edmond E. Chang

_____

Honorable Edmond E. Chang
United States District Court Judge

DATE:    October 23, 2019
0:05