IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

USA,

Plaintiff(s),

v.

Christopher Jordan,

Defendant(s).

Case No. 19 CR 669-3
Judge Edmond E. Chang

## **ORDER**

Status hearing held. Defendant filed a Rule 10 entry of a plea of not guilty as to the Superseding Indictment [59]. Any legal challenges to the Superseding Indictment that is not dependent on discovery shall be filed by 02/28/2020. Government's response due by 04/13/2020. Defense reply due by 05/13/2020. Defendants will be cooperating to file a joint motion with individual parts as needed. Any other Rule 12 or Rule 16 pretrial motions due by 04/24/2020. The government's response will be set at a later date. Status hearing set for 03/03/2020 at 10:00 a.m. At the next status hearing, the Court will set a trial date so that a time block is set aside; the parties shall confer on possible trial dates. The government reported that the production is now at 19.9 million pages (from the prior 17 million) and that, although documents are still provided from time to time from JP Morgan Chase, there is no specific category of records yet to be received. The defense oral motion for early return of trial subpoenas is granted equally for all parties. Pursuant to 18 U.S.C. 3161(h)(7)(A) and (B), and without objection, time is excluded from 12/05/2019 through 03/03/2020 under the Speedy Trial Act to allow counsel and defendants the time to review discovery and to file the legal-challenge motion.
.

(T:0:15)

Date: 12/5/2019

_Edmond E. Chang_
Edmond E. Chang
United States District Court Judge