**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>GREGG SMITH, MICHAEL NOWAK, JEFFREY RUFFO, and CHRISTOPHER JORDAN,<br><br>               Defendants. | No. 19 CR 669 (EEC) |

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

The Commodity Futures Trading Commission (the "Commission"), the recipient of a third-party subpoena in this case, respectfully submits this unopposed motion for leave for the Commission to file a motion in excess of the 15-page limit mandated by Local Rule 7.1.

1. The deadline for the Commission to file a motion to quash is January 31, 2020.

2. The Commission has conferred with counsel for Smith concerning the request for leave to exceed the 15-page limit under Local Rule 7.1, and Smith does not oppose the request.

3. Expansion of the 15-page limit—to allow the Commission to file a 21-page motion (not including the cover, tables, or certificates)—is warranted in light of the number and complexity of issues in the motion.

WHERFORE, the Commodity Futures Trading Commission respectfully requests that the Court grant the Commission's unopposed motion to expand the page limit for the motion to quash.

Dated: January 31, 2020	Respectfully submitted,

/s/ *Melissa Chiang*
Melissa Chiang
*Assistant General Counsel*

Robert Schwartz
*Deputy General Counsel*

Daniel Davis
*General Counsel*

Office of General Counsel
Commodity Futures Trading Commission
1155 21st Street, N.W., Washington, D.C. 20581
mchiang@cftc.gov; ogcecf@cftc.gov
(202) 418-5578

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2020, I caused a copy of the foregoing MOTION TO QUASH to be filed with the Clerk of the Court through the CM/ECF system, which will provide notice of the filing to all counsel of record.

/s/ *Melissa Chiang*
Melissa Chiang
*Counsel for Commodity Futures Trading Commission*