**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No. 19 CR 669 |
| | Honorable Edmond E. Chang |
| GREGG SMITH, | |
| MICHAEL NOWAK, | |
| JEFFREY RUFFO, and | |
| CHRISTOPHER JORDAN, | |
| Defendants. | |

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Defendant Gregg Smith respectfully submits this unopposed motion for leave to file an opposition in excess of the 15-page limit mandated by Local Rule 7.1.

1. The deadline for Defendant Smith to file the opposition to the Commodity Futures Trading Commission's Motion to Quash is February 20, 2020.

2. Counsel for Defendant Smith has conferred with the CFTC concerning the request for leave to exceed the 15-page limit under Local Rule 7.1, and the CFTC does not oppose the request.

3. Expansion of the 15-page limit—to allow Defendant Smith to file a 21-page opposition (not including the cover, tables, or certificates)—is warranted in light of the number and complexity of the issues presented in the CFTC's 21-page motion.

WHEREFORE, Defendant Smith respectfully requests that the Court grant the unopposed motion to expand the page limit for the opposition to the CFTC's Motion to Quash.

| | |
|---|---|
| Dated: February 19, 2020 | /s/ Jonathan D. Cogan<br>Jonathan D. Cogan<br>Sean S. Buckley<br>KOBRE & KIM LLP<br>111 West Jackson Blvd, 17th Floor<br>Chicago, IL 60604<br>(312) 429-5100<br>jonathan.cogan@kobrekim.com<br>sean.buckley@kobrekim.com<br><br>*Counsel for Defendant Gregg Smith* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 19, 2020, I caused a copy of the foregoing Motion for Leave to Exceed Page Limits to be filed with the Clerk of the Court through the CM/ECF system, which will provide notice of the filing to all counsel of record.

                                              /s/ Jonathan D. Cogan
                                              Jonathan D. Cogan

                                              *Counsel for Defendant Gregg Smith*