IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER JORDAN | Case No. 19-cr-00669<br><br>Hon. Edmond E. Chang |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that as soon as counsel may be heard, the undersigned counsel for Defendant Christopher Jordan shall appear before the Honorable Edmond E. Chang, or any judge sitting in his stead in the courtroom usually occupied by him in Room 2119, Dirksen Federal Building 219 S. Dearborn Street, Chicago Illinois, and then and there present Defendant Christopher Jordan's Motion to Sever.

Dated: May 26, 2020

/s/ James J. Benjamin, Jr.
James J. Benjamin, Jr.
Parvin D. Moyne
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000

Megan Cunniff Church
MOLOLAMKEN LLP
300 N. LaSalle Street
Suite 5350
Chicago, Illinois 60654
(312) 450-6700

*Counsel for Christopher Jordan*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2020, I caused a copy of the foregoing Notice of Motion to be filed with the Clerk of the Court through the CM/ECF system, which will provide notice of the filing to all counsel of record.

 /s/ James J. Benjamin, Jr.
James J. Benjamin, Jr.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000

*Counsel for Christopher Jordan*