**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                        Case No.: 1:19–cr–00669
                                                         Honorable Edmond E. Chang

Gregg Smith, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 17, 2021:

       MINUTE entry before the Honorable Edmond E. Chang as to Gregg Smith, Michael Nowak, Christopher Jordan, and Jeffrey Ruffo: Defendant Jordan's motion for one–week continuance of the trial [275] is denied in large part: the trial shall commence on 10/19/2021 rather than 10/18/2021. On the front–end, given the overall lead time to the trial (the trial date was set on 10/23/2020, R. 220), as well as the more–specific preparation time provided by interim deadlines set by the Court for various government disclosures, R. 260, and the time between the pretrial conference on 08/30/2021 (which was intentionally set well before trial), defense counsel should be able to adequately prepare for trial before the family event. On the back–end, a one–week delay puts what would have been the last week of trial squarely into Thanksgiving week. That will make it much more difficult to seat a jury given the many, many scheduling conflicts that are likely to be posed by that week. And it all but guarantees that the trial actually will extend beyond Thanksgiving week, given that the entire District Court typically closes on the Friday after Thanksgiving as well. The one–day continuance will provide the travel buffer that is needed. (The Court also notes that if indoor–pandemic restrictions remain in place (and no proof of vaccination is required), there is an additional risk of delay. The District's Restart Task Force has been pushing trial dates by one or two days as it is by necessity, because so long as the pandemic restrictions remain in place, it takes three courtrooms to hold a criminal trial (trial room, jury room, and public–viewing room) and a fourth during jury selection (to accommodate the venirepersons who are not being questioned yet). So it is possible that whatever the start date, there might be two additional days of delay.) The tracking status hearing of 06/18/2021 is reset to 07/02/2021 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.