# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER JORDAN | Case No. 19-cr-00669<br><br>Hon. Edmond E. Chang |

### DECLARATION OF ANNE M. EVANS IN SUPPORT OF DEFENDANT CHRISTOPHER JORDAN'S MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION FOR A NEW TRIAL UNDER RULE 33

I, Anne M. Evans, counsel for Defendant Christopher Jordan, hereby declare and state as follows:

1. I respectfully submit this Declaration in support of Defendant Christopher Jordan's Memorandum of Law in Support of His Motion for a New Trial Under Rule 33.

2. Attached hereto as Exhibit A is DX 21, which is a true and correct copy of JPMorgan's Legal and Compliance policy titled "Anti-Fraud, Anti-Manipulation and Other Prohibited Trade Practices," dated September 15, 2012.

3. Attached hereto as Exhibit B is DX 22, which is a true and correct copy of a JPMorgan Compliance Bulletin titled, "Anti-Fraud, Anti-Manipulation, and Other Prohibited Practices," dated November 20, 2012.

4. Attached hereto as Exhibit C is DX 25, which is a true and correct copy of a JPMorgan Compliance Bulletin titled "CFTC Guidance on Disruptive Trading Practices," dated July 30, 2013.

5. Attached hereto as Exhibit D is DX 92, which is a true and correct copy of an electronic calendar invitation addressed to JPMorgan precious metals traders regarding a

1

mandatory compliance training on December 12, 2013, attaching a compliance training deck titled, "Core Policies and Principles for CIB Markets—Trading."

6. Attached hereto as Exhibit E is DX 34, which is a true and correct copy of Credit Suisse's 2011 Commodities Annual Training.

7. Attached hereto as Exhibit F is DX 35, which is a true and correct copy of Credit Suisse's U.S. Futures Compliance and Procedures Manual, version 1.2, dated August 3, 2012.

8. Attached hereto as Exhibit G is DX 36, which is a true and correct copy of a Credit Suisse compliance training titled, "Commodities Anti-Manipulation and Information Barriers Training," dated April 2012.

9. Attached hereto as Exhibit H is DX 37, which is a true and correct copy of a CME Group training deck titled, "CME Group - Trade Practice, Surveillance and Regulatory Overview," dated June 28, 2012.

10. Attached hereto as Exhibit I is DX 42, which is a true and correct copy of a CME Group Market Regulation Advisory Notice regarding the adoption of Rule 575 – Disruptive Practices Prohibited, dated August 29, 2014.

11. Attached hereto as Exhibit J is a true and correct copy of an FBI Form FD-302 dated November 21, 2018 in which the FBI documented its interview of Christopher Jordan on November 5, 2018.

12. Attached hereto as Exhibit K are excerpts from the trial transcript in *United States v. Vorley*, No. 18 CR 35 (N.D. Ill. Sept. 17, 2020).

13. Attached hereto as Exhibit L are excerpts from the trial transcript in *United States v. Bases*, No. 18 CR 48 (N.D. Ill. July 21 & 28, 2021).

14. Attached hereto as Exhibit M are excerpts from the trial transcript in *United States v. Smith*, 19 CR 00669 (N.D. Ill. July 11 & 22, 2022).

15. I declare under penalty of perjury that, to the best of my knowledge, the foregoing statements are true and correct.


Dated: January 30, 2023
      New York, New York

    */s/ Anne M. Evans*
    Anne M. Evans
    AKIN GUMP STRAUSS HAUER & FELD LLP
    One Bryant Park
    New York, New York 10036
    (212) 872-1000

    *Counsel for Christopher Jordan*