UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER JORDAN | Case No. 19-cr-00669<br><br>Hon. Edmond E. Chang |

**DECLARATION OF ANNE M. EVANS IN SUPPORT OF
DEFENDANT CHRISTOPHER JORDAN'S SENTENCING MEMORANDUM**

I, Anne M. Evans, counsel for Mr. Jordan, hereby declare and state as follows:

1. I respectfully submit this Declaration in support of Mr. Jordan's Sentencing Memorandum.

2. Attached hereto as Exhibit A is a true and correct copy of a letter to this Court written by Patricia Dolan, Mr. Jordan's aunt, dated March 4, 2023.

3. Attached hereto as Exhibit B is a true and correct copy of a letter to this Court written by Marcus Elias, Mr. Jordan's friend, dated March 5, 2023.

4. Attached hereto as Exhibit C is a true and correct copy of a letter to this Court written by ▇▇▇▇▇▇, Mr. Jordan's minor son, dated March 28, 2023. This exhibit is filed under seal.

5. Attached hereto as Exhibit D is a true and correct copy of a letter to this Court written by Elizabeth Jordan, Mr. Jordan's mother, dated March 20, 2023.

6. Attached hereto as Exhibit E is a true and correct copy of a letter to this Court written by Jackson Jordan, Mr. Jordan's son, dated March 31, 2023.

1

7. Attached hereto as Exhibit F is a true and correct copy of a letter to this Court written by ▮▮▮▮▮▮▮, Mr. Jordan's minor son, dated February 27, 2023. This exhibit is filed under seal.

8. Attached hereto as Exhibit G is a true and correct copy of a letter to this Court written by Paul Jordan, Mr. Jordan's brother, dated March 2, 2023.

9. Attached hereto as Exhibit H is a true and correct copy of a letter of support written by Sargent McGowan, Mr. Jordan's friend, dated March 11, 2023.

10. Attached hereto as Exhibit I is a true and correct copy of a letter to this Court written by Taylor McGowan, Mr. Jordan's friend, dated March 12, 2023.

11. Attached hereto as Exhibit J is a true and correct copy of a letter to this Court written by Lou Rettino, Mr. Jordan's friend, dated March 15, 2023.

12. Attached hereto as Exhibit K is a true and correct copy of a letter to this Court written by Douglas Smith, Mr. Jordan's friend, dated June 30, 2023.

13. Attached hereto as Exhibit L is a true and correct copy of a letter to this Court written by Catherine Jordan Thomas, Mr. Jordan's sister, dated March 5, 2023.

14. Attached hereto as Exhibit M is a true and correct copy of a letter to this Court written by Renee Ronchi of Willow Tree/Integrity House, dated July 19, 2023. This exhibit is filed under seal.

15. Attached hereto as Exhibit N is a true and correct copy of Mr. Jordan's objections and corrections to the Presentence Investigation Report. This exhibit is filed under seal.

16. Attached hereto as Exhibit O is a true and correct copy of a set of police reports from January 2017 to August 2019. Counsel for Mr. Jordan received these documents at the time of Mr. Jordan's initial appearance in this case. This exhibit is filed under seal.

17. Attached hereto as Exhibit P is a true and correct copy of the Declaration of Aaron Dolgoff, dated July 25, 2023.

18. Attached hereto as Exhibit Q is a true and correct copy of the transcripts of Mr. Jordan's deposition testimony before the staff of the U.S. Commodity Futures Trading Commission on September 15 and 16, 2010. Portions of these transcripts were admitted at trial as Government Exhibits 55 and 56. This exhibit is filed under seal.

19. Attached hereto as Exhibit R is a true and correct copy of a June 19-20, 2008 Bloomberg chat between Christopher Jordan and multiple other JPMorgan traders and salespeople (DOJ-0009385477).

20. Attached hereto as Exhibit S is a true and correct copy of a January 27, 2009 Bloomberg chat between Christopher Jordan and Dmitri Shklovsky (DOJ-0012596227).

21. Attached hereto as Exhibit T are documents produced by Credit Suisse dated June 29, 2010 (DOJ-0008283616) and June 30, 2010 (DOJ-0008284182). These documents show that Mr. Jordan had incurred more than $2 million in trading losses at Credit Suisse as of the end of June 2010.

22. Attached hereto as Exhibit U is a true and correct copy of CFTC Release No. 6709-13, dated September 25, 2013, and entitled "CFTC Closes Investigation Concerning the Silver Markets." This document is available online at https://www.cftc.gov/PressRoom/PressReleases/6709-13.

23. I declare under penalty of perjury that, to the best of my knowledge, the foregoing statements are true and correct.

Dated: July 25, 2023          */s/ Anne M. Evans*
         New York, New York          Anne M. Evans